UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT JOSEPH LUMPKIN,

                    Plaintiff,

        v.

UNITED STATES NAVY, et al.,

                    Defendants.

CASE NO. 2:23-cv-00243-TL

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to District Judge Tana Lin.

DATED this 28th day of February, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1